# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:15CR190 |
| PAUL D. MARTIN, | ) ) | ORDER |
| Defendant. | ) ) | |

The defendant's oral Motion to Continue is granted.

**IT IS ORDERED** that the Initial Appearance is continued to **October 14, 2015, at 1:30 p.m.** before Magistrate Judge Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present unless excused by the Court.

DATED this 9th day of September, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge