g       **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **8:15CR190** |
| vs. ) | |
| ) | **ORDER** |
| **PAUL D. MARTIN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

This matter is before the court on the defendant's unopposed motion to continue trial [26] as a substantial amount of discovery and other preparations need to be completed prior to trial. The defendant shall comply with NECrimR 12.1(a). For good cause shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial now set for December 29, 2015 is continued to **April 12, 2016.**

2. Defendant is ordered to file a waiver of speedy trial as soon as practicable.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 12, 2016** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED December 8, 2015.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**